IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:19-CR-87-SDJ-KPJ-3 |
| | § |
| JAMAINE JAVON WILLIAMSON (3) | § |
| | § |
| | § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 30, 2024, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #187) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months with forty-eight (48) months of supervised release to follow under the same conditions under which he was originally released, as well as two new special conditions. Additionally, the Magistrate Judge recommended Defendant be placed at FCI Seagoville, in Seagoville, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge (Dkt. #187) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #186), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly,

1

Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months with forty-eight (48) months of supervised release to follow. Upon release, Defendant shall be placed under the same conditions as those under which he was originally released, as well as the following special conditions:

(1) Defendant shall participate in a combination of psychiatric, psychological, and mental health treatment programs, and follow the rules and regulations of those programs, until discharged. This includes taking any mental health medication as prescribed by the treating physician. The Probation Officer, in consultation with the treatment provider, will supervise Defendant's participation in those programs. Defendant shall pay any cost associated with treatment and testing.

(2) Defendant shall not use or possess alcohol.

Additionally, the Court recommends Defendant be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

**So ORDERED and SIGNED this 6th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE